```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INFORMATION
                                 :
         - v. -                  :    07 Cr.
                                 :
ALLEN JULIER,                    :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

ORIGINAL

COUNT ONE

The United States Attorney charges:

1. On or about September 4, 2007, in the Southern District of New York and elsewhere, ALLEN JULIER, the defendant, unlawfully, willfully, and knowingly did possess any book, magazine, periodical, film, videotape, computer disk, and any other materials that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney