

# Victor G. Grossman
*Attorney at Law*

9 Fair Street
Carmel, New York 10512
(845) 225-0334

December 18, 2007

**RECEIVED DEC 1 8 2007 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.**

Honorable George A. Yanthis – via fax: (914) 390-4095
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: United States of America v. Allen Julier
Case No. ~~7:07-MJ-01465~~ 07cr 1182

Honorable Sir:

As you are aware, I represent defendant Allen Julier in the above matter who was arraigned before Your Honor on September 5, 2007. By this letter, I am requesting a modification of Mr. Julier's pre-trial release in order to allow him to spend Christmas Day with friends in Staten Island. Specifically, he would be spending Christmas Day with his friend, Lauren Sucich, at the home of her brother, Jim Sucich, who has extended an invitation to him, at Neal Dow Avenue in Staten Island. Mr. Julier has no family in the area and seeks permission to do so.

Mr. Julier understands that he is not to be left alone with any minors in the household and has so instructed his hosts. I am advised that they are prepared to honor that obligation.

It is my understanding the Christmas Day celebration to which Mr. Julier has been invited involves a holiday dinner in the mid to late afternoon. In addition, he will be transporting members of Lauren's family to and from Staten Island. Accordingly, I would request that he be permitted to leave his home in Carmel, New York around 10:00 a.m. and undertake a drive of approximately two hours to Staten Island and that he return to his residence in Carmel not later than 12:00 p.m. on Christmas night.

I have spoken with Vincent Adams from U.S. Pre-Trial Services and AUSA Nola B. Heller, both of whom have stated they have no problem with the visit.

Thank you for your consideration in this matter.

Respectfully yours,

VICTOR G. GROSSMAN

cc: U.S. Pretrial Services Office – via fax: (914) 390-4035
Attention: Vincent B. Adams

Nola B. Heller, Assistant United States Attorney – via fax: (914) 390-4035

Mr. Allen Julier

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS, USMJ
12/18/07