

U.S. Department of Justice

United States Attorney
Southern District of New York

DEC 20 2007

---

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

December 19, 2007

BY HAND

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   *United States v. Allen Julier*, 07 Cr. 1182 (KMK)

Dear Judge Karas:

      The above-captioned case was wheeled out to Your Honor today, and Judge Yanthis excluded time under the Speedy Trial Act in the interests of justice until our first appearance before Your Honor. As per my conversation today with Your Honor's deputy clerk, the parties' first appearance before the Court will be for the defendant's guilty plea, which is scheduled to take place on February 1, 2008 at 10:00 a.m. Please contact me if you have any questions.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

      By: /s/ Nola Heller
      Nola B. Heller
      Assistant United States Attorney
      (914) 993-1939

cc:   Victor Grossman, Esq. (By Fax)

*[Handwritten: Time is excluded from December 19, 2007 until February 1, 2008 in the interests of justice. See 18 USC § 3161 (h)(8)(A).]*

*[Handwritten: So Ordered. /s/ KMK 12/19/07]*