# **MEMORANDUM**



TO: **HONORABLE George A. Yanthis**
U.S. Magistrate Judge

FROM: Vincent B. Adams
United States Pretrial Services Officer

RE: Julier, Allen

DOCKET #: ~~7-07-Mag-1465~~ 07 cr 1182

The attached memorandum prepared by Pretrial Services Officer

Vincent B. Adams             (914) 390-4139

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that your have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing on _____ at _____.
                                                                                                             DATE   TIME

[ ]   I direct that a bench warrant be issued for the defendant in this matter.

[ ]   Please advise the court of the outcome in this matter.

[X]   So ordered  _George A. Yanthis_  12/20/07
                              U S M J

**COMMENTS:**  Bail is modified to include individual sex offender counseling and alcohol counseling as directed by the Pretrial Services Office.