# Victor G. Grossman
*Attorney at Law*

**MEMO ENDORSED**

9 Fair Street
Carmel, New York 10512
(845) 225-0334

January 2, 2008

Honorable George A. Yanthis - via fax: (914) 390-4095
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States of America v. Allen Julier
Case No. ~~7:07-MJ-01465~~

Honorable Sir:

7cr 1182

I represent defendant in the above matter and I write to obtain permission of the Court for Pre-Trial Services to release to me the results of the psychosexual examination, which my client undertook as a condition of his pre-trial release.

Mr. Julier was arraigned by Your Honor with the condition that he undergo a psychosexual examination as part of his pre-trial release. Consequently, I believe that this specific request should be addressed to Your Honor rather than to Judge Karas to whom the matter has subsequently been assigned.

It is my understanding that neither Pre-Trial Services, nor the Assistant United States Attorney, Nola B. Heller, have any objection to the release of this report to me.

Thank you for your consideration in this matter.

Respectfully yours,

VICTOR G. GROSSMAN

VGG:rs

cc: U.S. Pretrial Services Office
    Attention: Vincent B. Adams - via fax: (914) 390-4035

Nola B. Heller, Assistant United States Attorney – via fax: (914) 993-9036

APPLICATION GRANTED
SO ORDERED: /s/ George A. Yanthis 1/2/08
GEORGE A. YANTHIS, USMJ