UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALLEN JULIER, )<br>)<br>Defendants. ) | ECF CASE<br><br>**NOTICE OF APPEARANCE AND REQUEST<br>FOR ELECTRONIC NOTIFICATION**<br>07 Cr. 1182 |

TO: Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York

By:    /s/ Anna M. Skotko
       Anna M. Skotko
       Assistant United States Attorney
       (914) 993-1936
       Anna.Skotko@usdoj.gov