UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES OF AMERICA

                Vs                               07 CR 1182 (KMK)

**Allen Julier,**                               ORDER

------------------------------------------------------------

      Defendant, Allen Julier, is hereby remanded to the custody of the United States Marshal, for the reasons stated on the record on February 1, 2008.

So Ordered: _____    2/1/08
                U.S. District Judge             Date

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____