UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA                   :

              - v -                         :        **ORDER**

ALLEN JULIER,                               :        07 Cr. 1182 (KMK)

                        Defendant.          :

-------------------------------------------------------------x

      An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of Ten Thousand Dollars ($10,000.00) cash, to deposit the same in the registry of this Court in lieu and place of bail for the appearance of the above named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and subsequently on May 2, 2008, the Honorable Kenneth M. Karas sentenced the defendant to 51 months imprisonment and 5 years supervised release.

      IT IS HEREBY ORDERED that the Clerk of this Court pay out of the registry of this Court the sum of Ten Thousand Dollars ($10,000.00) less the Clerk's fees, if any, to Allen Julier,  the assignee of the cash bail posted by the defendant.

Dated: White Plains, New York
      May 12 , 2008

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO
UNITED STATES ATTORNEY

By: _____
    ANNA M. SKOTKO
    Assistant United States Attorney
    Telephone: (914) 993-1939

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```