**Victor G. Grossman**
*Attorney at Law*

9 Fair Street
Carmel, New York 10512
(845) 225-0334

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

May 14, 2008

**MEMO ENDORSED**

Honorable Kenneth M. Karas
Judge, United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States of America v. Allen Julier
                Case No. 07-Cr-1182 (KMK)

Honorable Sir:

    As you know, I represent defendant in the above matter. Pursuant to Your Honor's instructions at the Sentencing hearing held on May 2, 2008, I have redacted the medical information from the Sentencing Memorandum and I am submitting a redacted version herewith. These redactions were made after consultation and agreement with AUSA Anna M. Skotko.

    The original Sentencing Memorandum was filed electronically (without Exhibits "B" and "C"). I will file the redacted Sentencing Memorandum electronically as well once the redactions are approved. At that time, I request that your clerk contact the appropriate personnel involved in the electronic case filing and direct the withdrawal of the original (unredacted) Sentencing Memorandum. I do not believe they will do it simply upon my request.

Respectfully yours,

*/s/ Victor Grossman*
VICTOR G. GROSSMAN

VGG:rs
Enc.

cc:    Anna M. Skotko, Assistant United States Attorney (w/Enc.)
       United States Attorney's Office
       300 Quarropas Street
       White Plains, New York 10601

*[Handwritten endorsement:]* Counsel may file a redacted copy of Defendant's sentence memorandum. The Clerk is respectfully directed to withdraw the original unredacted version of this memorandum.

So Ordered.
*/s/ KMK*
5/14/08